# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFF DYKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY,<br><br>    Defendant. | Case No. 2:11-CV-01750-KJD-VCF<br><br>**ORDER** |

    Presently before the Court is Defendant's Motion to Stay Case (#8). In response, Plaintiff filed a Consent to Motion to Stay (#12). Defendant Colgate-Palmolive Company has moved the Court for an order staying this case pending resolution of a transfer motion currently pending before the Judicial Panel on Multidistrict Litigation. The Court finds that (1) Plaintiff will not be prejudiced by a stay; (2) that Colgate will suffer hardship absent a stay; and (3) a stay will conserve judicial resources.

    Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Stay Case (#8) is **GRANTED**.

    DATED this 12th day of December 2011.

_____
Kent J. Dawson
United States District Judge