# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEFF DYKE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

COLGATE-PALMOLIVE COMPANY,

    Defendant.

Case No. 2:11-CV-01750-KJD-VCF

**ORDER**

    Presently before the Court is Defendant's Motion to Stay Case (#8). In response, Plaintiff filed a Consent to Motion to Stay (#12). Defendant Colgate-Palmolive Company has moved the Court for an order staying this case pending resolution of a transfer motion currently pending before the Judicial Panel on Multidistrict Litigation. The Court finds that (1) Plaintiff will not be prejudiced by a stay; (2) that Colgate will suffer hardship absent a stay; and (3) a stay will conserve judicial resources.

    Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Stay Case (#8) is **GRANTED**.

    DATED this 12th day of December 2011.

_____
Kent J. Dawson
United States District Judge